**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03267-RMR-MDB

AUDREY KANE,

Plaintiff,

v.

QUORUM HEALTH RESOURCES, LLC, a Delaware corporation, and

PROWERS COUNTY HOSPITAL DISTRICT, a Colorado Health Service District. d/b/a
Prowers Medical Center,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF No. 110] of Judge Regina M. Rodriguez entered on
August 4, 2022, it is

ORDERED that judgment is entered in favor of the Defendants, Quorum Health
Resources, LLC, and Prowers County Hospital District, and against the Plaintiff, Audrey
Kane. It is

FUTHER ORDERED that this case is dismissed with prejudice.  It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a
Bills of Costs with the Clerk of this Court within fourteen days after the entry of
judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 4th day of August, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ K. Myhaver

K. Myhaver, Deputy Clerk